IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
2009 DEC 31  P 12: 05

SKYLINE SOFTWARE SYSTEMS, INC., )
)
    Plaintiff, )
) Civil Action No. 2:09 cv 632
vs. ) RBS / FBS
)
ENVIRONMENTAL SYSTEMS ) JURY TRIAL DEMANDED
RESEARCH INSTITUTE, INC. and )
MICROSOFT CORPORATION )
)
    Defendants. )

## PLAINTIFF'S NOTICE OF CLAIMS INVOLVING PATENT

Plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. **Name and address of plaintiff:**

   Skyline Software Systems, Inc., 4506 Daly Drive, Suite 100, Chantilly, VA 20151.

2. **Names and addresses of defendants:**

   - Environmental Systems Research Institute, Inc., 380 New York Street, Redlands, California 92373; and

   - Microsoft Corporation, One Microsoft Way, Redmond, Washington 98052.

3. **Name of Inventors:**

   Ronnie Yaron; Ofer Shor.

4. **United States Patent Numbers Involved:**

   United States Patent No. 7,551,172 B2

Respectfully submitted,

Dated: December 31, 2009

*[signature]*

Amy Sanborn Owen (#27692)
aowen@cochranowen.com
Ben Selan (#65923)
bselan@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fax: (703) 847-4499

Counsel for Skyline Software Systems, Inc.

Of counsel:

Raymond P. Niro
David J. Sheikh
Sally J. Wiggins
Brian E. Haan
Anna B. Folgers
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137