FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2009 DEC 31  P 12: 05

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | |
| Plaintiff, | |
| vs. | Civil Action No. 2:09 cv 632 |
| ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. and MICROSOFT CORPORATION | JURY TRIAL DEMANDED |
| Defendants. | |

## PLAINTIFF'S LOCAL RULE 7.1 NOTICE OF AFFILIATES STATEMENT

The undersigned counsel of record for Plaintiff Skyline Software Systems, Inc. ("Skyline") furnishes the following list in compliance with Local Civil Rule 7.1:

(a) Skyline has no parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of its stock.

(b) Skyline is an S corporation owned by William E. Conway, Yaron Aharon, Tuvia Barak and Paul W. Collins.

Respectfully submitted,

Dated: December 31, 2009

*[signature]*

Amy Sanborn Owen (#27692)
aowen@cochranowen.com
Ben Selan (#65923)
bselan@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fax: (703) 847-4499

Counsel for Skyline Software Systems, Inc.

Of counsel:

Raymond P. Niro
David J. Sheikh
Sally J. Wiggins
Brian E. Haan
Anna B. Folgers
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137