IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | | |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:09cv632 |
| | ) | |
| ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Amy S. Owen, Esq. and Benje A. Selan, Esq., of Cochran & Owen, LLC, in accordance with Local Rule 83.1 of the United States District Court for the Eastern District of Virginia, with the consent of Skyline Software Systems, Inc. ("Skyline"), request leave from the Court to permit them to withdraw as counsel for Skyline. Skyline will not suffer any adverse effects from the withdrawal of counsel and will continue to be represented by Raymond P. Niro, Esq., Sally J. Higgins, Esq., Anna B. Folgers, Esq., Brian E. Haan, Esq., and David J. Sheikh, Esq. of Niro, Scavone, Haller & Niro, and Alan D. Albert of LeClair Ryan PC. Skyline's counsel has consented to the withdrawal.

The bases for this Motion are set forth in greater detail in the accompanying Memorandum of Law. For the reasons stated in the Motion, those presented in the accompanying Memorandum of law, and for any other reason(s) that the Court deems just and proper, Amy S. Owen, Esq. and Benje A. Selan, Esq. of Cochran & Owen, LLC request that this Court grant the Motion for Leave to Withdraw. A proposed Order is attached.

Dated: June 10, 2010                    Respectfully submitted,


        /s/ Amy Sanborn Owen
Amy Sanborn Owen (VSB No. 27692)
Benje A. Selan (VSB No. 65923)
aowen@cochranowen.com
bselan@cochranowen.com
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
(703) 847-4480
(703) 847-4499 (facsimile)

Counsel for Skyline Software Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Withdraw as Counsel was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following filing users on this 10th day of June, 2010:

David J. Shiekh
Raymond P. Niro
Brian Erik Haan
Ann B. Folgers
Sally J. Wiggins
Niro Scavone Haller & Niro
181 W Madison St
Suite 4600
Chicago, IL 60602
Pro Hac Vice Attorneys for Skyline Software Systems, Inc.

Charles B. Molster III
Winston & Strawn, LLP
1700 K Street, NW
Washington, DC 20006
cmolster@winston.com

and

Denise Abigail Smith
Gail Jeanne Standish
Winston & Strawn, LLP
333 South Grand Ave
38th Floor Los Angeles, CA 90071-1543
(213) 615-1700
Fax: (213) 615-1750
desmith@winston.com
gstandish@winston.com

Counsel for Defendant Environmental Systems Research Institute, Inc.

_____/s/ Amy Sanborn Owen_____
Amy Sanborn Owen (VSB No. 27692)
Benje A. Selan (VSB No. 65923)
aowen@cochranowen.com
bselan@cochranowen.com
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
(703) 847-4480
(703) 847-4499 (facsimile)

Counsel for Skyline Software Systems, Inc.