IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:09cv632-RAJ-FBS |
| ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S
MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY
RESPONSES AND THE PRODUCTION OF DOCUMENTS FROM
<u>DEFENDANT ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.</u>**

Pursuant to Fed. R. Civ. Proc. 37, Plaintiff Skyline Software Systems, Inc. ("Skyline") respectfully submits its Motion to Compel Supplemental Interrogatory Responses and the Production of Documents from Defendant, Environmental Systems Research Institute, Inc. ("ESRI"). Specifically, Skyline requests that the Court compel Defendant ESRI to supplement its Interrogatory Responses and document production. Supporting this motion, Skyline submits its Memorandum in Support of its Motion to Compel, all unpublished Westlaw cases cited therein, and Exhibits A – M.

Counsel for the movant certify, pursuant to Local Civil Rule 37(E), that they have met and conferred by telephone with opposing counsel in a good faith effort to resolve or narrow the issues in dispute, as set forth with greater particularity in the accompanying memorandum.

1

        Respectfully submitted

        /s/ Alan D. Albert
        Alan D. Albert
        Virginia Bar Number: 25142
        LeClair Ryan, A Professional Corporation
        999 Waterside Drive, Suite 2525
        Norfolk, Virginia 23510
        Telephone: (757) 441-8914
        Fax: (757) 624-3773
        E-mail: Alan.albert@leclairryan.com

        Counsel for Skyline Software Systems, Inc.

Of counsel:

Raymond P. Niro (admitted *pro hac vice*)
David J. Sheikh (admitted *pro hac vice*)
Brian E. Haan (admitted *pro hac vice*)
Anna B. Folgers (admitted *pro hac vice*)
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: sheikh@nshn.com
E-mail: bhaan@nshn.com
E-mail: afolgers@nshn.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2010, I electronically filed the foregoing Plaintiff's Motion to Compel Supplemental Interrogatory Responses and the Production of Documents from Defendant Environmental Systems Research Institute, Inc. with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Thomas M. Buchanan
Charles B. Molster, III
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 282-5988
Fax: (202) 282-5100
E-mail: cmolster@winston.com

Gail J. Standish
Denise Abigail Smith
Peter Edward Perkowski
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 615-1731
Fax: (213) 615-1750
E-mail: gstandish@winston.com
E-mail: desmith@winston.com
E-mail: pperkowski@winston.com

Hiep Huu Nguyen
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Phone: (212) 294-6700
Fax: (212) 294-4700
E-mail: hnguyen@winston.com

*Attorneys for Environmental Systems
Research Institute, Inc.*


          /s/ Alan D. Albert
Alan D. Albert
Virginia Bar Number: 25142
Attorney for Skyline Software Systems, Inc.
LeClairRyan
999 Waterside Drive, Suite 2525
Norfolk, VA 23510
Phone: (757) 441-8914
Fax: (757) 624-3773
Alan.albert@leclairryan.com