# EXHIBIT G

## Folgers, Anna

| | |
|---|---|
| **From:** | Folgers, Anna |
| **Sent:** | Thursday, July 08, 2010 10:18 AM |
| **To:** | 'Molster, Charles B.'; Perkowski, Peter E. |
| **Cc:** | Standish, Gail J.; Smith, Denise A.; Sheikh, David J; Haan, Brian; Niro, Raymond P; Alan D. Albert (alan.albert@leclairryan.com) |
| **Subject:** | RE: Skyline v. ESRI |

Mr. Molster,

The only discovery issue ESRI has brought to Skyline's attention has been a request for the immediate production of the "Keyhole litigation documents." As Mr. Sheik noted in his email this morning, these documents will be produced today. Accordingly, Skyline is unclear as to what issues ESRI has with Skyline's discovery responses that would even warrant a meet and confer regarding Skyline's own discovery obligations.  ESRI, on the other hand, has had more than nine days to consider our substantive identification of ESRI's numerous discovery deficiencies and yet insists on waiting to hold a meet and confer on the issues almost another week later.

Thank you for your suggestions that we speak to our own local counsel regarding the filing of any such motion, however, we do not believe that ESRI in any position to suggest how we assess and address ESRI's non-responsiveness and delay tactics.

Accordingly, if you or a member of your team are unwilling to meet and confer on the issues we addressed in our correspondence of June 30, 2010 today, we will proceed accordingly.  Please confirm one way or the other. We will certainly state to the Judge that ESRI objects to the filing of our motion.


Sincerely,

Anna B. Folgers
Niro, Haller & Niro
afolgers@nshn.com
312.236.0733
181 West Madison Street, Suite 4600
Chicago, IL 60602

-----Original Message-----
From: Molster, Charles B. [mailto:CMolster@winston.com]
Sent: Thursday, July 08, 2010 9:41 AM
To: Folgers, Anna; Perkowski, Peter E.
Cc: Standish, Gail J.; Smith, Denise A.; Sheikh, David J; Haan, Brian; Niro, Raymond P; Alan D. Albert (alan.albert@leclairryan.com); Molster, Charles B.
Subject: RE: Skyline v. ESRI


Anna:

We don't think that it would be appropriate (or within the local rules and practice) for you to file a motion now and we object -- please state that to the Judge in whatever papers that you elect to file.

We think that the parties should be able to work out the issues that you raised in your June 30 letter, and, as we have indicated (and has Peter has indicated in voice mails to David), we also have concerns regarding your discovery responses.  We want to work those out -- or meet confer -- as well. We think it would be most appropriate and efficient to discuss the various issues at one time, in an effort to reach global agreements and avoid having to burden the Court with discovery disputes -- especially ones that have not even been discussed by the parties.

Also, I suggest that you speak with Alan before you file any such motion.

Thanks, and if you would like to discuss further, please let me know.

David/Alan - I am available on my cell if you would like to discuss - 703 346 1505.

Thanks,

Chip

_____

From: Folgers, Anna [afolgers@nshn.com]
Sent: Thursday, July 08, 2010 10:31 AM
To: Perkowski, Peter E.
Cc: Molster, Charles B.; Standish, Gail J.; Smith, Denise A.; Sheikh, David J; Haan, Brian; Niro, Raymond P
Subject: RE: Skyline v. ESRI

Dear Peter,

Skyline's request for a meet and confer on these issues has been outstanding since June 30, 2010.  We originally requested that the parties have a meet and confer on these issues by the end of last week. We received no response from you.  Again, we sent a letter to ESRI requesting a meet and confer on these issues on July 7, 2010 at 9:35am requesting a meet and confer on these issues today, July 8, 2010.  We did not receive a response from ESRI until 12:27am this morning.  In that response, ESRI requests to push off a meet and confer on these issues until next Wednesday, July 14th (nearly two weeks after our original request for a meet and confer) presumably because Mr. Molster must participate, despite that fact that five attorneys have appeared on ESRI's behalf.

Given the fast approaching discovery deadline in this case and ESRI's repeated delays in responding, both substantively and generally, to Skyline's requests, if ESRI is not available to meet and confer today, Skyline intends to seek the court's assistance in resolving these discovery matters.

Sincerely,

Anna B. Folgers
Niro, Haller & Niro
afolgers@nshn.com
312.236.0733
181 West Madison Street, Suite 4600
Chicago, IL 60602

From: Perkowski, Peter E. [mailto:PPerkowski@winston.com]
Sent: Thursday, July 08, 2010 12:27 AM
To: Sheikh, David J; Folgers, Anna; Haan, Brian
Cc: Molster, Charles B.; Standish, Gail J.; Smith, Denise A.
Subject: Skyline v. ESRI

Dear Ms. Folgers:

We have received your e-mail of earlier today. We are not available the remainder of this week, and my colleague Chip Molster has a mediation early next week. Accordingly, we propose Wednesday, July 14, at 12 noon, to discuss the issues you raise in your letter, as well as some issues regarding Skyline's interrogatories and document production.

Please let us know if you are available on the 14th.

Regards,

Peter E. Perkowski

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

D: +1 (213) 615-1819

F: +1 (213) 615-1750

Bio<http://www.winston.com/index.cfm?contentID=24&itemID=13775> |
VCard<http://www.winston.com/sitefiles/wsvcard/13775.vcf> | Email<mailto:pperkowski@winston.com> |
www.winston.com<http://www.winston.com>

[cid:image001.jpg@01CB1E7F.64B62690]
Please consider the environment before printing this e-mail.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.